Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

Western ____ District of New York

_____ Division

Case No. **25 CV 6319-W**

_(to be filled in by the Clerk's Office)_

Tyrone Flournoy

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Erie County Corrional facility Alden
Cheif Green Head of Erie Corrional Alden
STATE of New York
John Garcin

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: _(check one)_ ☑ Yes ☐ No

FILED
JUN 16 2025
UNITED STATES DISTRICT COURT
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Tyrone Flournoy ICN:136807 |
| Street Address | 11581 Walden AVENUE |
| City and County | Alden                    Erie |
| State and Zip Code | New York            14004 |
| Telephone Number | 716-937-5584 |
| E-mail Address | not at this time |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — John Garcia

Job or Title *(if known)* — Erie County Sheriff

Street Address — 10 Delaware AVE

City and County — Buffalo    Erie

State and Zip Code — New York    14202

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 2

Name — Cheif Green

Job or Title *(if known)* — Head of Erie County Corretional facility

Street Address — 11581 walden    AVE

City and County — Alden    Erie

State and Zip Code — New York    14004

Telephone Number — 716-937-5585

E-mail Address *(if known)* — unKnown

Defendant No. 3

Name — Erie County Corretional facility Alden

Job or Title *(if known)* — Jail managment

Street Address — 11581 walden AVE

City and County — Alden    Erie

State and Zip Code — New York    14004

Telephone Number — 716-937-5585

E-mail Address *(if known)* — unKnown

Defendant No. 4

Name — State of New York

Job or Title *(if known)* — (law maker)

Street Address — One Empire Plaza The Capital

City and County — Albany    Albany

State and Zip Code — New York    12223

Telephone Number — unKnown

E-mail Address *(if known)* — unKnown

Page 2 of 5

Tyrone Flournoy ICN:13608                                      6/10/25

## III. Statement of Claim:

I also asked If the Erie County Corretional has L.B.T.G.Q. programs or groups. I was told by staff, they only have programs for normal people! I am being discriminated for whom I am, Black, Bi, Jewish

I ased about If I will be able to get my voting card here, so I can vote. I was told you people dont get to vote. meaning what? This is a violation of my civil rights,

Cruel and unusual punishment Im made a slave by the state forced to work with out pay given a number for my name "I'm person my name is Tyrone". The Corretional facility staff drops the temp. done to 30° to 40° Giving nothing more then PJ's to ware, its vary sad and inhuman, They give me food that is unfit unclean with Bugs in it. They force me to drink un clean water from Unclean Bathroom sinks, force use unclean bathrooms with no doors or walls in front of other people, male and female gards looking at me making me up set so much so I can't go. They force me to shower with no Door or Walls my nakedness for the world to see and male and female gards looking when ever they want, with Body Cams on recording my nakedness. Im forced into rooms for strip searchs with men pulling at my cloths, and Body Cams on. recording my naked Body Doing who knows what with it. The Conditions of human affairs are not being met. forced to sit on cold metel seats causing pain to all parts of my body. And nothing in the way of medical treatmeant. Being forced to sleep on hard metal beds with warmth.

I have been made a second rate citizen like my Grand ma's on Both sides told me of how our kin were

— Treated → (on Back)

treated by strong white men in power with Guns, like in Germany in the 30's and 40's were half my family died, and like 1800's here in the U.S.A. (makes me sick).

None of my religional needs are beening met. I am being deprived of right of equal treatment because of my religion telling me "no" because Jews don't get to pray in a group like the religions. Being told to shut my mouth. There are so many ways I am having my civil rights violated and being descriminated apon. I am told By staff I am to make Grievance in cwritting due to my race and religion "Jews don't get to have service." Mostly how I'm made to feel because I don't fit what the white Christen gards say I should be. And If I'm doing everything my new masters tell me when they tell me, I'm put in a box for days weeks, months all on what they want or how they wish to punish me. All because I'm Black, Bi, Jewish (BBJ).

To The Clerk,
Please let me know if I need anything eles or if more paper work is needed. And Please let me know what comes next. Thank you. I also wish to Proceed in forma Pauperis

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st. 7th 8th 13th 15th Ameddments violated, Human Rights Federal-n-State violated, Federal descrimination laws violated United States Human rights treaties with the United Nations

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* N/A .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)*

   N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* __N/A__ , is incorporated under

the laws of the State of *(name)* __N/A__ , and has its

principal place of business in the State of *(name)* __N/A__ .

Or is incorporated under the laws of *(foreign nation)* __N/A__ ,

and has its principal place of business in *(name)* __N/A__ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

O in Controversy - 50 million dollars in damages for my rights Being violated

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My freedom of religion and free speech are and have been violated. I gave a written request ask to get the many things that is required for my religion I still never got an answer. The Guard told me thay do not do anything for people who are Jewish here. I also Asked if I Could have a Ribbi or talk to a Ribbi and have them come here for Jewish Service, I was told no they don't do Jewish Service. I was told you people keep your mouth shut.

(more info on additional)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am asking for 50 million in damages in my claim. for the following: Physical and mental pain, being made a slave, Being placed in a Box. not given my freedom of speech or religion, my humanity taken from me my name being taken from me. I now have P.T.S.D. I am streesed all the time. my body is never warm I always Cold. deprived my rights to be human. discriminated upon for my race, religion, and sex. I. Black, Bi, Jewish, all the pain that comes from making some one feel second rate.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     6/11/25

Signature of Plaintiff

Printed Name of Plaintiff    Tyrone Flournoy  ICN:136807

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A

RONALD DOLYK
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31. 20 25



5-cv-06319-EAW    Document 1    Filed 06/16/25    Pa

NAME: Tyrone Fleming ☎ 136807 ICN#_____ ERIE
COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK   14004

BUFFALO NY 140

13 JUN 2025   AM 1   L

USA ★ FOREVER

ATTN: Court Clerk
United States Court House
2 Niagara Square
Buffalo New York 14202

USDC - WDNY

JUN 1 6 2025

BUFFALO

14202▮3350  C030